

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2018

No. 04-17-00241-CV

**SHOPOFF ADVISORS, L.P.**,
Appellant

v.

**ATRIUM CIRCLE, GP**, et al,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI04489
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

The panel has considered the appellant's motion for rehearing and the motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court